IN THE SUPREME COURT OF TEXAS

 No. 06-0952

 IN RE EDUARDO "WALO" GRACIA BAZAN

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for immediate temporary relief, filed November
2, 2006, is granted. The following orders signed on August 4, 2006 and
issued in Cause No. CR-0640-06-A, styled The State of Texas v. Eduardo
Gracia Bazan, in the 92nd District Court of Hidalgo County, Texas, are
stayed pending further order of this Court: 1) order removing relator from
his elected office and 2) order suspending relator from his elected office
pending appeal of his conviction.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 30, 2006.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk